IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YISROEL LIEBB & JACOB SEBBAG<br><br>                    Plaintiff,<br><br>v.<br><br>UNITED AIRLINES INC., DEPARTMENT OF HOMELAND SECURITY, UNITED STATES CUSTOMS AND BORDER PROTETION and TRANSPORTATION SECURITY ADMINISTRATION.<br><br>                    Defendants. | Case No.: 1:25-cv-02192 |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**PLEASE TAKE NOTICE** that pursuant to Rule 41(a)(1)(A)(i), Plaintiff Yisroel Liebb hereby voluntarily dismisses his claims without prejudice. Defendants have not served an answer or motion for the Plaintiff's Complaint.

Dated: April 1, 2025

Respectfully Submitted,

/s/ Farva Scott

Farva Scott
The law office of Farva Scott
50 Evergreen Row,
Armonk, NY 10918
(347) 352 2470
Attorney for Plaintiffs